# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161034(55)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DEONTON AUTEZ ROGERS,
      Defendant-Appellee.
_____/

SC: 161034
COA: 346348
Wayne CC: 18-006351-FH

      On order of the Chief Justice, the motion of the American Civil Liberties Union of Michigan and the American Civil Liberties Union to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 30, 2020, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 7, 2020



Clerk